Electronically Filed - ST LOUIS COUNTY - December 18, 2023 - 10:05 AM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

| | |
|---|---|
| THANH PHAM, ) | |
| ) | |
| Plaintiff, ) | Cause No.: |
| ) | |
| v. ) | Division: |
| ) | |
| LIBERTY MUTUAL, ) | |
| INSURANCE COMPANY, ) | |
| Serve: c/o Registered Agent ) | |
|   CSC Lawyers ) | |
|   Incorporating Service Company ) | |
|   221 Bolivar Street ) | |
|   Jefferson City, MO 65101 ) | **DEMAND FOR JURY TRIAL** |
| ) | |
| Defendant. ) | |

## PETITION

COMES NOW, Plaintiff, THANH PHAM, by and through counsel Alexander A. Wolff and Goldblatt + Singer, and for his cause of action against Defendant, LIBERTY MUTUAL INSURANCE COMPANY ("Defendant" or "Liberty Mutual"), states to the Court as follows:

## PARTIES

1. At all times relevant hereto, Plaintiff Thanh Pham was and is a citizen and resident of the State of Missouri.

2. At all relevant times hereto, Defendant Liberty Mutual is an insurance company in good standing in the State of Missouri who, upon information and belief, regularly solicits and transacts business in St. Louis County, Missouri.

## VENUE AND PERSONAL JURISDICTION

3. Venue is proper in the Circuit Court of St. Louis County pursuant to MO. REV. STAT. § 508.010 because Plaintiff was first injured in St. Louis County.

4. Jurisdiction is proper over the Defendant in the State of Missouri pursuant to at least MO. REV. STAT. § 506.500 because Defendant conducts business within the State of Missouri.

## FACTUAL ALLEGATIONS

5. That on or about May 19, 2022, Plaintiff was stopped at a stop sign in the parking lot of the Maplewood Commons Walmart.

6. On the same date, non-party driver Mary Hutson-Brown was travelling westbound on West Bruno Avenue and, in the process of making a left turn into the Walmart parking lot, struck Plaintiff's vehicle.

7. That as a result of the aforementioned events, Plaintiff has suffered permanent and progressive injuries to his head, shoulders, cervical spine, and lumbar spine which has required and will continue to require medical care.

8. As a direct and proximate result of the aforementioned events, Plaintiff has experienced the loss of use and mobility of his head, shoulders, cervical spine, and lumbar spine and will continue to suffer loss of use and mobility in the future.

## COUNT I
### (Breach of Underinsured Motorist Contract)

9. Plaintiff hereby incorporates by reference the above allegations as though fully set forth herein.

10. Plaintiff purchased an insurance policy through Defendant Liberty Mutual for automobile coverage, including underinsured motorist protection, with effective policy dates of September 1, 2021 to September 1, 2022.

11. That Defendant Liberty Mutual issued an insurance policy to Plaintiff as named insured, policy number Policy No., specifically providing coverage for the 2017 Hyundai Elantra which was the vehicle involved in the crash.

12. That the policy was in full force and effect on the date of the crash.

13. That Plaintiff paid Defendant premiums for insurance coverage, to include underinsured motorist coverage in the amount of Two Hundred Fifty Thousand Dollars ($250,000.00) per person and Five Hundred Thousand Dollars ($500,000.00) per occurrence.

14. As a result of this particular occurrence, Plaintiff's damages exceeded the available auto insurance limits received from non-party Mary Hutson-Brown.

15. Therefore, Plaintiff is entitled to benefit from the insurance contract's protections.

16. All conditions precedent to the liability of Defendant Liberty Mutual under Plaintiff's own underinsured motorist policy have been met.

17. On or about June 27, 2023, Plaintiff sent Defendant Liberty Mutual a demand for settlement of his claim under the underinsured motorist provision of the insurance policy.

18. Defendant Liberty Mutual failed to fully and fairly compensate Plaintiff for his injuries from the crash as required by their contract.

19. That as a direct and proximate result of Defendant's breach of the insurance contract, Plaintiff has been damaged.

WHEREFORE, Plaintiff THANH PHAM prays for a judgment against Defendant LIBERTY MUTUAL INSURANCE COMPANY, in a sum in excess of Twenty-Five Thousand Dollars ($25,000.00), together with costs herein expended, and for any further relief this Court deems just and proper.

## COUNT II
### (Vexatious Refusal to Pay)

20. Plaintiff hereby incorporates by reference the above allegations as though fully set forth herein.

21. That on or about June 27, 2023, Plaintiff sent Defendant Liberty Mutual a formal demand for settlement of his claim under the underinsured motorist provision of the insurance policy.

22. That in the formal demand served upon Defendant Liberty Mutual, Plaintiff acknowledged that he had suffered significant and permanent injuries resulting from the crash.

23. That Defendant Liberty Mutual has failed to make a payment under and in accordance with the terms of the underinsured motorist provision of the insurance contract.

24. That Defendant Liberty Mutual's refusal to pay for the losses incurred by Plaintiff as a result of the collision were and are without reasonable cause or excuse.

25. That pursuant to R.S.Mo § 375.420, Plaintiff is entitled to, in addition to all damages associated with Count I, twenty percent (20%) of the first $1,500.00 of loss and ten percent (10%) for all losses greater than $1,500.00, as well as Plaintiff's attorney fees.

WHEREFORE, Plaintiff THANH PHAM prays for a judgment against Defendant LIBERTY MUTUAL INSURANCE COMPANY, in a sum in excess of Twenty-Five Thousand Dollars ($25,000.00), together with costs herein expended, and for any further relief this Court deems just and proper.

**PLAINTIFF REQUESTS TRIAL BY JURY.**

Electronically Filed - ST LOUIS COUNTY - December 18, 2023 - 10:05 AM

GOLDBLATT + SINGER

BY:   */s/ Alexander A. Wolff*
      8182 Maryland Avenue, Suite 801
      St. Louis, MO 63105
      (314) 657-9869 direct dial
      (314) 241-5078 facsimile
      awolff@stlinjurylaw.com
      ***ATTORNEYS FOR PLAINTIFF***