UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THANH PHAM, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>LIBERTY MUTUAL INSURANCE )<br>COMPANY, )<br>)<br>    Defendant. ) | Case No. 4:24-cv-00092 SPM |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, THANH PHAM, and Defendant, LIBERTY MUTUAL INSURANCE COMPANY, by and through their respective attorneys, and hereby stipulate and agree to dismiss the above-referenced cause with prejudice, all matters having been settled, which were brought or could have been brought.

All parties to bear their own costs.

| | |
|---|---|
| GOLDBLATT + SINGER | LAW OFFICE OF<br>JULIE BHATTACHARYA PEAK |
| BY:   /s/ Alexander A. Wolff<br>**Alexander A. Wolff (64247 MO Bar)**<br>8182 Maryland Avenue, Suite 801<br>St. Louis, MO 63105<br>(314) 657-9869 direct dial<br>(314) 241-5078 facsimile<br>awolff@stlinjurylaw.com<br>***ATTORNEYS FOR PLAINTIFF*** | BY:   /s/ Kevin E. Myers<br>**Kevin E. Myers (MO Bar 51838)**<br>P.O. Box 7217<br>London, KY 40742<br>(314) 288-2645 direct dial<br>(603) 334-7449 facsimile<br>Kevin.Myers@libertymutual.com<br>***ATTORNEYS FOR DEFENDANT*** |

**So Ordered**
Jan 6, 2025

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk of the Court on ***this 3rd day of January 2025*** to be served by operation of the Court's electronic filing system upon counsel of record:

Kevin E. Myers (MO Bar 51838)
LAW OFFICE OF
JULIE BHATTACHARYA PEAK
P.O. Box 7217
London, KY 40742
Kevin.Myers@libertymutual.com
***Attorneys for Defendant***
***Liberty Mutual Insurance Company***

                                                 /s/Alexander A. Wolff

2